## JOHN BLAKE, et al. *vs.* FRANKLIN BAKER, et al.

Service of a *subpœna* upon a special Attorney, with power over only a portion of the property affected by the suit, is not a sufficient service to bind the principal.

IN EQUITY. This was a motion for substituted service of a *subpœna*. The defendant, Franklin Dexter, having left the State before the bill was brought, and his place of residence being unknown, this fact, together with the fact that Benjamin N. Lapham had acted as Attorney at Law of said Baker in relation to a portion of the property which was the subject matter of this suit, and also was in possession of said property, with power to dispose of it according to the provisions of a deed by which said property was assigned, was shown to the Court by affidavit.

The Court held that service of the subpœna upon Lapham, he being the agent of Baker only for a special purpose, and in regard to but a part of the property affected by the suit, would not be a sufficient service upon Baker to oblige him to make answer to the bill, or to conclude him in reference to any of his interests included in this bill.

HAYES, for the plaintiff.